No. 669. Ex Parte Dimas.—Apelación procedente de la Corte de Distrito de San Juan. Moción para se desestime la apelación. Resuelto en abril 11, 1911. Desestimada la ape--

lación por ser inapelable la resolución apelada. Abogado del promovente: *Sr. Jacinto Texidor.* Abogados de la parte contraria: *Sres. Vías Ochoteco y Ferrer.*